IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL, et al.,
    Plaintiffs,

vs.                                                  Case No. 3:09cv432/RV/EMT

ESCAMBIA COUNTY FLORIDA, et al.,
    Defendants.
_____/

## ORDER

Plaintiffs, non-prisoners proceeding pro se, initiated this action by filing what appears to be a civil rights complaint under 42 U.S.C. § 1983 (*see* Doc. 1).

As an initial matter, the court notes that Plaintiffs failed to comply with the pertinent requirements of Rule 5.2 of the Federal Rules of Civil Procedure. This Rule provides, *inter alia*, that if a party files a paper with the court that contains the name of an individual known to be a minor, the filing may only include the minor's initials. Fed. R. Civ. P. 5.2(a). In their complaint, however, Plaintiffs included the full names of individuals described as minors. In order to protect the identities of the minors, the court directed the clerk to file the entire complaint under seal.

Additionally, Plaintiffs have failed to use the court-approved form for filing their complaint. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a civil action commenced by pro se litigants under 42 U.S.C. § 1983 unless the appropriate complaint form has been properly completed, signed, and filed by the litigants. Thus, Plaintiffs must file their complaint on the form for use in § 1983 cases. Also, at 114 pages, Plaintiff's complaint is excessively lengthy. Plaintiffs may add pages to the complaint form, if absolutely necessary, but the total length of the Amended Complaint may not exceed twenty-five

(25) pages. Plaintiffs must obtain leave of court and show good cause if the proposed Amended Complaint exceeds the number of pages permitted under N. D. Fla. Loc. R. 5.1(J)(3). In this regard, the court notes upon cursory review of the complaint that good cause for permitting an over-long complaint is not present. Accordingly, it appears unlikely that the court would grant Plaintiffs leave to file an Amended Complaint that exceeds twenty-five (25) pages in length.

If Plaintiffs wish to proceed with this action, they must completely fill out a new civil rights complaint form, marking it "Amended Complaint." As noted above, <u>any minor Plaintiffs must be identified in the Amended Complaint by their initials only</u>. Plaintiffs must limit their allegations to claims related to the same basic incident or issue and name as Defendants only those persons who are responsible for the alleged constitutional violations. Plaintiffs must place their names in the style of the case on the first page of the civil rights complaint form, and include their addresses and employment positions in the "Parties" section of the form. In the statement of facts, Plaintiffs should clearly describe how each named Defendant is involved in each alleged constitutional violation, alleging the claims as to each Defendant in separately numbered paragraphs and including specific dates and times of the alleged unconstitutional acts. If Plaintiffs cannot state exactly how a particular Defendant harmed them, they should delete or drop that person as a Defendant from the complaint. Plaintiffs' request for relief should be limited to only that which they could recover if they succeed on their claims. Plaintiffs are advised that once an amended complaint is filed, all earlier complaints and filings are disregarded. N.D. Fla. Loc. R. 15.1.

Accordingly, it is **ORDERED**:

1. The clerk of court is directed to forward to Plaintiffs a civil rights complaint form for use by non-prisoners in actions under 42 U.S.C. § 1983. This case number should be written on the form.

2. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiffs shall file an amended civil rights complaint, which shall be typed or clearly written, submitted on the court form, and titled "Amended Complaint."

3. Plaintiffs' failure to file an amended complaint may result in a recommendation that

this action be dismissed for failure to comply with a court order.

**DONE AND ORDERED** this 30th day of September 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**