# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ORLANDO BETHEL and
GLYNIS BETHEL

    VS                                 Case No. 3:09cv432/RV/EMT

ESCAMBIA COUNTY FLORIDA, et al

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     October 14, 2009

Type of Motion/Pleading: RESPONSE (TITLED OBJECTION TO MAGISTRATE ORDER PLACING CIVIL RIGHTS COMPLAINT UNDER SEAL)

Filed by: Plaintiffs     on 10/13/09     Document 10

WILLIAM M. McCOOL, CLERK OF COURT
/s/ *Teresa Milstead*
Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 15th day of October, 2009, that:

Plaintiffs' objection, construed as a motion to reconsider the court's filing of Plaintiff's complaint under seal because, in violation of Fed. R. Civ. P. 5.2(a), the complaint includes the full names rather than the initials of individuals described as minors, is **DENIED**.

Plaintiffs are advised they may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which they must show that this court's order was clearly erroneous or contrary to law.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**