# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ORLANDO BETHEL and
GLYNIS BETHEL

    VS                                          Case No. 3:09cv432/RV/EMT

ESCAMBIA COUNTY FLORIDA, et al

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     October 14, 2009

Type of Motion/Pleading: RESPONSE (TITLED OBJECTION TO MAGISTRATE'S ORDER DATED SEPTEMBER 30, 2009 DENYING AND REFUSING THE FORM OF PLAINTIFFS' COMPLAINT IN VIOLATION OF FEDERAL RULE 5(d)(4))

Filed by: Plaintiffs     on 10/13/09     Document 11

WILLIAM M. McCOOL, CLERK OF COURT
/s/ *Teresa Milstead*
Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 15th day of October, 2009, that:

Plaintiffs' objection, construed as a motion to reconsider the court's September 30, 2009, order (Doc. 7) requiring them to file an amended complaint on the appropriate, court-approved form, is **DENIED**. If Plaintiffs wish to pursue this matter, they must comply with the instructions previously provided by the court. Plaintiffs' failure to file an amended complaint as instructed may result in a recommendation that this action be dismissed for failure to comply with a court order.

Plaintiffs are advised they may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which they must show that this court's order was clearly erroneous or contrary to law.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**