UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL and
GLYNIS BETHEL

    VS                                Case No. 3:09cv432/RV/EMT

ESCAMBIA COUNTY FLORIDA, et al

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on      October 14, 2009

Type of Motion/Pleading: RESPONSE (TITLED OBJECTION TO MAGISTRATE'S ORDER DATED SEPTEMBER 30, 2009 REQUIRING PLAINTIFFS TO RESUBMIT INFORMA PAUPERIS AFFIDAVIT IN VIOLATION OF FEDERAL STATUTE 28 USC 1915)

Filed by: Plaintiffs    on 10/13/09    Document    12

                                            WILLIAM M. McCOOL, CLERK OF COURT
                                            /s/ *Teresa Milstead*
                                            Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 15th day of October, 2009, that:

Plaintiffs' objection, construed as a motion to reconsider the court's September 30, 2009, orders (Docs. 8, 9) denying them, without prejudice, leave to proceed in forma pauperis is **DENIED**. If Plaintiffs wish to pursue this matter, they must comply with the instructions previously provided by the court. The failure to submit in forma pauperis applications as instructed may result in a recommendation that this action be dismissed for failure to comply with a court order.

Plaintiffs are advised they may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which they must show that this court's order was clearly erroneous or contrary to law.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**