# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ORLANDO BETHEL, and
GLYNIS BETHEL,

    Plaintiffs,
v.                                             Case No.: 3:09-cv-432-RV-EMT

ESCAMBIA COUNTY FLORIDA, et al.,

    Defendants.
_____/

## ORDER

      The plaintiffs, Orlando and Glynis Bethel, appearing *pro se*, appeal several orders entered by the Magistrate Judge assigned to this case (*see* docs. 7, 8, 9). Specifically, the plaintiffs object to the Magistrate Judge (1) ordering that their 114-page complaint be filed under seal and amended because it contained the names of minor children, as required by Rule 5.2(a) of the Federal Rules of Civil Procedure; (2) requiring that they use court-approved forms for filing their amended complaint, which generally should not exceed twenty-five (25) pages), as required by Rule 5.1(J) of the Local Rules; and (3) denying their motions to proceed in forma pauperis and requiring that they either pay the applicable filing fee or file a properly completed in forma pauperis application (*see* docs. 32, 33, 34).

      To be entitled to relief, the plaintiffs must show that the Magistrate Judge's orders are "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *Merritt v. International Brotherhood of Boilermakers,* 649 F.2d 1013, 1017 (5th Cir. 1981). After reviewing each of the orders, and the plaintiffs' objections thereto, I conclude that the orders were neither clearly erroneous nor contrary to law. Therefore, the appeals and objections (docs. 32, 33, 34) must be, and are, DENIED, and the orders appealed are AFFIRMED.

      DONE and ORDERED this 12th day of November, 2009.

                                    /s/ *Roger Vinson*
                                    ROGER VINSON
                                    Senior United States District Judge