IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL and
GLYNIS BETHEL,
    Plaintiffs,

vs.                                       Case No. 3:09cv432/RV/EMT

ESCAMBIA COUNTY FLORIDA, et al.,
    Defendants.
_____/

**O R D E R**

    This is an action brought pursuant to 42 U.S.C. § 1983. The magistrate judge previously ordered that Plaintiffs' complaint be filed under seal because it contained the names of minor children, directed Plaintiffs to file an amended complaint on the court-approved form, and denied without prejudice their motions for leave to proceed in forma pauperis. Plaintiffs moved for reconsideration of these rulings, which motions the magistrate judge denied. Plaintiffs then filed an interlocutory appeal in the Eleventh Circuit Court of Appeals and subsequently, without success, appealed to this court (Doc. 39). Now before the court is Plaintiffs' motion for leave to proceed in forma pauperis on appeal (Doc. 38).

    Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a), this court hereby certifies that this appeal is not taken in good faith and that Plaintiffs are not entitled to proceed in forma pauperis on appeal. The reasons for this decision are outlined in the magistrate judge's orders dated September 30, 2009 (Docs. 7, 8, 9) and this court's order dated November 12, 2009 (Doc. 39), which affirmed the magistrate judge's orders.

    Accordingly, it is **ORDERED**:

Plaintiffs' motion for leave to proceed in forma pauperis on appeal (Doc. 38) is **DENIED**, and they are directed to pay the full appellate filing fee of $455.00 within **THIRTY (30) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 20th day of November 2009.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**
